Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for Alvaro Mercado-Moreno

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:09-cr-00363 AWI |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **RESET HEARING DATE** |
| vs. ) | |
| ) | |
| JUAN RAUL NEGRETE-MORENO, ) | |
| ) | |
| Defendant.           ) | |

THE PARTIES HEREBY STIPULATE to reset the status hearing currently set in this matter for July 11, 2011 to July 18, 2011 at 9:00 a.m., to allow the parties to complete investigations, review pleadings with defendant and discuss possible resolution of this matter.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §3161(h)(8)(A).  Time to be excluded through July 18, 2011.

SO STIPULATED.

Dated:  July 7, 2011                                         BENJAMIN B. WAGNER
                                                                              United States Attorney

*Stipulation and Order to Reset Hearing Date;*
*U.S. v. Juan Negrete-Moreno, 1:09-cr-00363 AWI*                                                 1

By:   /s/ Ian Garriques
IAN GARRIQUES
Assistant U.S. Attorney

Dated:  July 7, 2011                                       /s/ Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant
Juan Negrete-Moreno

**ORDER**

IT IS ORDERED that the status hearing in the matter of <u>United States v. Juan Negrete-Moreno</u>, Case No. 109-cr-00363  be reset from July 11, 2011 at 9:00 a.m., to July 18, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  July 7, 2011                                      _____
CHIEF UNITED STATES DISTRICT JUDGE

*Stipulation and Order to Reset Hearing Date;*
*U.S. v. Juan Negrete-Moreno, 1:09-cr-00363 AWI*                                        2